# Third District Court of Appeal
## State of Florida

Opinion filed June 21, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-104
Lower Tribunal No. 21-1093
_____

**I.J.B., a Juvenile,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Dawn Denaro, Judge.

I.J.B., a Juvenile, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, C.J., and SCALES and LINDSEY, JJ.

PER CURIAM.

Affirmed.